DARYL LANDY, State Bar No. 136288
MIRNA VILLEGAS, State Bar No. 205307
MONA M. BADANI, State Bar No. 227389
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendant
WELLS FARGO INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA X. BULOW, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>Defendant. | Case No. C-06-07924-CRB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

### RECITALS

**WHEREAS** Defendant Wells Fargo Investments, LLC ("Defendant") has not previously requested an extension of time to respond to the Complaint; and

**WHEREAS** the stipulated extension of time will not require the modification of any deadlines previously set by the Court.

## STIPULATION

Pursuant to Local Rule 6-1(a), Plaintiff Andrea Bulow and Defendant hereby agree and stipulate, by and through their attorneys, to a one-week extension until January 31, 2007, to respond to the Complaint in this matter.

Dated: January 23, 2007          SCOTT COLE & ASSOCIATES, APC

                                 By _____
                                 Scott Edward Cole
                                 Attorneys for Plaintiff
                                 ANDREA X. BULOW

Dated: January 23, 2007          MORGAN, LEWIS & BOCKIUS LLP

                                 By _____
                                 MONA BADANI
                                 Attorneys for Defendant
                                 WELLS FARGO INVESTMENTS, LLC

January 25, 2007

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3624384.1                2                Case No. C-06-07924-CRB
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT