1  DARYL S. LANDY, State Bar No. 136288
   MIRNA VILLEGAS, State Bar No. 205307
2  MONA M. BADANI, State Bar No. 227389
   MORGAN, LEWIS & BOCKIUS LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2212
   Tel:  650.843.4000
5  Fax:  650.843.4001

6  Attorneys for Defendant
   WELLS FARGO INVESTMENTS, LLC
7

8  SCOTT EDWARD COLE
   CLYDE H. CHARLTON
9  MATTHEW R. BAINER
   SCOTT COLE & ASSOCIATES, APC
10 1970 Broadway, Suite 950
   Oakland, California 94612
11 Tel:  (510) 891-9800
   Fax:  (510) 891-7030
12
   Attorneys for Plaintiff
13 ANDREA X. BULOW

14

15              UNITED STATES DISTRICT COURT

16         FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 ANDREA X. BULOW, individually, and on        Case No. C-06-7924 MHP
   behalf of all others similarly situated,
18                                              **STIPULATION AND [PROPOSED]**
                                                **ORDER TO CONTINUE STATUS**
19              Plaintiff,                      **CONFERENCE**

20 v.                                           *[Filed concurrently with Stipulation and*
                                                *Proposed Order in C 05-4526]*
21 WELLS FARGO INVESTMENTS, LLC,

22              Defendants.                     DATE:         August 13, 2007
                                                TIME:         3:00 p.m
23                                              COURTROOM:  15

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3648728.3                              1                    Case No. C-06-07924 MHP
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

**STIPULATION**

The parties to this action, through their counsel of record, hereby STIPULATE as follows:

On February 9, 2007, this Court related this case, *Bulow v. Wells Fargo Investments, LLC* (Case No. C-06-7924 MHP) case to the previously filed case of *Jerry Chu v. Wells Fargo Investments, LLC* (Case No. C 05-4526 (MHP). On April 2, 2007, the Court granted the parties' request to continue the status conference in both cases for 90 days to give the parties time to complete ADR. Accordingly, the Court set a further status conference for August 13, 2007, at 3:00 p.m. and stayed further proceedings in both cases until that date, in order to allow the parties to devote their full energies to private mediation.

Because both actions involve substantially similar claims, the parties wish to mediate both actions at the same time. Although Plaintiff Bulow has now been deposed, pre-mediation efforts, including scheduling and the sharing of confidential documents and information necessary for the mediation, have proved more complicated and time-consuming than when only the *Chu* matter was at issue. Additionally, Defendant's counsel, Mr. Daryl Landy and Ms. Mona Badani, are currently in trial in San Mateo Superior Court, thus further complicating scheduling issues. The parties have now agreed to mediate before Mark Buckstein on September 11, 2007, which is the first available date for the multiple parties and their representatives, the many counsel involved, and Mr. Buckstein.

////
////
////
////
////
////
////
////
////
////

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3648728.3

2

Case No. C-06-07924 MHP

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

1    In light of these developments, the parties request that the Court continue the Status

2    Conference until at least 60 days after the first mediation session on September 11, 2007, and that

3    all proceedings remain stayed until that date.

Dated: June 27, 2007          MORGAN, LEWIS & BOCKIUS LLP

                       By: _____

                          Mirna Villegas
                          Attorneys for Defendant
                          WELLS FARGO INVESTMENTS, LLC

Dated: June ___, 2007         SCOTT COLE & ASSOCIATES, APC

                       By: _____

                          Matthew R. Bainer
                          Attorneys for Plaintiff
                          ANDREA X. BULOW

### ORDER

    In light of the foregoing STIPULATION of the parties, the Court ORDERS that the Status

Conference presently scheduled for August 13, 2007 is hereby continued to _October 29, 2007_,

at _3:00 p.m._____ and that all proceedings in this action remain stayed until that date.

Dated: _7/3/2007_____

HON. MARILYN HALL PATEL
U.S. District Court Judge

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3648728.3             3             Case No. C-06-07924 MHP

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

1      In light of these developments, the parties request that the Court continue the Status

2 Conference until at least 60 days after the first mediation session on September 11, 2007, and that

3 all proceedings remain stayed until that date.

4

5

6 Dated: June ___, 2007               MORGAN LEWIS & BOCKIUS LLP

7

8                         By:_____
                           Mirna Villegas
                           Attorneys for Defendant

9                            WELLS FARGO INVESTMENTS, LLC

10 Dated: June 26 2007            SCOTT COLE & ASSOCIATES, APC

11

12                         By:_____
                           Matthew R. Bainer

13                            Attorneys for Plaintiff
                           ANDREA X. BULOW

14

15

16

17                            **ORDER**

18      In light of the foregoing STIPULATION of the parties, the Court ORDERS that the Status

19 Conference presently scheduled for August 13, 2007 is hereby continued to _____,

20 at _____ and that all proceedings in this action remain stayed until that date.

21

22 Dated: _____           _____
                           HON. MARILYN HALL PATEL

23                            U.S. District Court Judge

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3648728.3                    3             Case No. C-06-07924 MHP

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

**PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On June 27, 2007, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐     by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐     by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

Scott Edward Cole
Clyde H. Charlton
Matthew R. Bainer
SCOTT COLE & ASSOCIATES,
APC
1970 Broadway, Suite 950
Oakland, California 94612
Tel: (510) 891-9800

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 27, 2007, at Los Angeles, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

_Shari Sanders_
Shari Sanders

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3648728.3           4           Case No. C-06-07924 MHP
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE