DARYL S. LANDY, SBN 136288
BARBARA I. ANTONUCCI, SBN 209039
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendant
WELLS FARGO INVESTMENTS, LLC

H. TIM HOFFMAN (049141)
ARTHUR W. LAZEAR (083603)
MORGAN M. MACK (212659)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612

Attorneys for Plaintiff
Jerry Chu

SCOTT COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Suite 950
Oakland, California 94612
Tel: (510) 891-9800
Fax: (510) 891-7030

Attorneys for Plaintiff
ANDREA X. BULOW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiffs JERRY CHU and ANDREA X. BULOW, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

WELLS FARGO INVESTMENTS, LLC,

Defendants.

Case Nos. C-05-04526 MHP;
C-06-7924 MHP

*Consolidated Action*

**STIPULATION AND ~~[PROPOSED]~~ ORDER MODIFYING DEADLINES**

**STIPULATION**

WHEREAS, following the October 29, 2007 case management conference, the Court issued a minute order setting forth deadlines for non-expert discovery and dispositive motions;

WHEREAS, according to the Court's minute order, the deadline for completing non-expert discovery was May 1, 2008, and the deadline for filing dispositive motions is May 19, 2008, with oppositions due on June 2, 2008, replies due on June 9, 2008, with the hearing on dispositive motions is set for 2:00 p.m. on June 23, 2008.

WHEREAS, since the Court's minute order, the parties met and conferred extensively regarding Defendant's objection to an interrogatory requesting the contact information of all putative class members;

WHEREAS, the parties were unable to informally resolve this dispute and requested a discovery conference before the Court on March 24, 2008;

WHEREAS, due to the schedules of the parties and the Court's calendar, the discovery dispute could not be heard until April 15, 2008;

WHEREAS, given that the dispute regarding the disclosure of putative class member contact information was not heard until April 15, 2008 and on April 30, 2008 Defendant produced updated contact information, Plaintiffs have not had an opportunity to complete discovery related to these putative class members;

NOW, THEREFORE, Plaintiffs and Defendant, through their undersigned respective counsel, stipulate and request that the Court approve the following revised schedule:

| | |
|---|---|
| 9/22/08 | Last day by which non-expert class certification discovery must be completed |
| 10/20/08 | Last day to file dispositive motions |
| 11/10/08 | Last day to file oppositions to dispositive motions |
| 11/24/08 | Last day to file replies in support of dispositive motions |
| 12/08/08 | Hearing on dispositive motions at 2:00 p.m. |

To avoid prejudice to both parties, GOOD CAUSE exists to modify the deadlines in this action as described herein.

Dated: May 6 2008

MORGAN LEWIS & BOCKIUS LLP

By: ______________________
Barbara Antonucci
Attorneys for Defendant
WELLS FARGO INVESTMENTS, LLC

Dated: May 6, 2008

HOFFMAN & LAZEAR

By: ______________________
Morgan Mack
Attorneys for Plaintiff
JERRY CHU

Dated: May 6, 2008

SCOTT COLE & ASSOCIATES, APC

By: ______________________
Carrie Lin
Attorneys for Plaintiff
ANDREA X. BULOW

**ORDER**

In light of the foregoing STIPULATION of the parties, the Court ORDERS that the deadlines in this case are hereby modified as follows:

| | |
|---|---|
| 9/22/08 | Last day by which non-expert class certification discovery must be completed |
| 10/20/08 | Last day to file dispositive motions |
| 11/10/08 | Last day to file oppositions to dispositive motions |
| 11/24/08 | Last day to file replies in support of dispositive motions |
| 12/08/08 | Hearing on dispositive motions at 2:00 p.m. |

Dated: 5/8/2008

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel

HON. MARILYN H. PATEL
U.S. District Court Judge